**Marcus L. HUDSON, Plaintiff–Appellant,**

v.

**Andrew NANGALAMA, M.D.; Jasdeep Bal, Chief Medical Officer, Defendants–Appellees.**

No. 12–15883.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 15, 2013.*

Filed Jan. 16, 2013.

Marcus L. Hudson, Susanville, CA, pro se.

Jesse Manuel Rivera, Esquire, Rivera & Associates, Sacramento, CA, for Defendants–Appellees.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

MEMORANDUM **

California state prisoner Marcus L. Hudson appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The district court properly granted summary judgment because Hudson failed to raise a genuine dispute of material fact as to whether defendants failed to prescribe appropriate pain medication or respond adequately to his medical needs. *See id.* at 1058 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to inmate health); *Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir.1996) (to establish that a difference of opinion amounted to deliberate indifference, a prisoner must show that the defendants' chosen course of treatment was medically unacceptable and in conscious disregard of an excessive risk to the prisoner's health).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.